Order Form (01/2005)
Case 1:08-cr-00106  Document 10  Filed 02/12/2008  Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 2 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. NOWELL PATRICK LANDO | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts of the indictment. 16.1(A) conference to be held by or on 2/19/2008. Pretrial motions to be filed by 3/4/2008. Government's answer to pretrial motions to be filed by 3/11/2008. Reply to be filed by 3/18/2008. Status hearing is set for 3/20/2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 2/12/2008 and ending on 3/20/2008. Eugene Steingold is attorney for defendant. (X-T)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LG |
|---|---|---|