# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 2 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. NOWELL PATRICK LANDO | | |

**DOCKET ENTRY TEXT**

In addition to those conditions of release which were entered on February 12, 2008, the following conditions are granted as to Nowell Patrick Lando. Defendant must report to Pretrial Services as directed; must submit to random drug testing as directed and must provide verifications of employment as directed by Pretrial Services.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|