UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 106 |
| v.   ) | |
| ) | Judge James B. Moran |
| RAYMIE HENDERSON, ) | |
| NOWELL PATRICK LANDO and ) | |
| AUGUSTUS WRIGHT ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Robert Habib             Eugene Steingold            Stanley Hill
       77 W. Washington St.     111 W. Washington St.       651 W. Washington Blvd.
       #411                     #1050                        #205
       Chicago, IL 60602        Chicago, IL 60602            Chicago, IL 60661

PLEASE TAKE NOTICE that on Tuesday, March 11, 2008, the undersigned filed with the Clerk of the Court for the Northern District of Illinois, the following document:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS**

By:   s/Megan Cunniff Church
       Megan Cunniff Church
       Assistant United States Attorney

The undersigned Assistant United States Attorney hereby certifies that this document was served on March 11, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

        s/ Megan Cunniff Church
       Megan Cunniff Church
       Assistant United States Attorney