U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 08CR106

U.S. v. HENDERSON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NOWELL LANDO

FILED
FEB 1 2 2008
Feb 12, 2008
Judge James B. Moran
United States District Court

| NAME (Type or print) |
| --- |
| Eugene Steingold |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Eugene Steingold |

| FIRM |
| --- |
| The Law Offices of Eugene Steingold |

| STREET ADDRESS |
| --- |
| 111 W. Washington Street, Suite 1051 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 02720310 | (312) 726-1060 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐