Order Form (01/2005)

# United States District Court, Northern District of Illinois

H HN

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 106 | DATE | 5/30/2008 |
| CASE TITLE | USA vs. RAYMIE HENDERSON, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order regarding "protect the record" motions.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|