Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 106 - 1-3 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. RAYMIE HENDERSON, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Raymie Henderson and Augustus Wright's motions to dismiss the indictment [54][55][49] are denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUN 12 PM 4:22

FILED-CNT